1  Matthew R. Eason (SBN 160148)
   Kyle K. Tambornini (SBN 160538)
2  **EASON & TAMBORNINI, ALC**
   1234 H Street, Suite 200
3  Sacramento, CA 95814
   Telephone: (916) 438-1819
4  Facsimile:   (916) 438-1820

5  Attorneys for Plaintiff
   Mie Yang

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIE YANG,<br><br>             Plaintiff;<br><br>v.<br><br>FRANCESSCA'S COLLECTIONS, INC., A Texas Corporation and DOES 1-100, inclusive,<br><br>             Defendants. | Case No. 4:17-cv-04950<br><br>**ORDER ON REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Date:   November 7, 2017<br>Time:   2:00 p.m.<br>Ctrm.:   2 |

IT IS HEREBY ORDERED THAT the request to appear telephonically for the Case Management Conference set for November 7, 2017 at 2:00 p.m. is hereby granted. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: November 7, 2017

By: *Haywood S. Gill Jr.*
JUDGE OF THE COURT