UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIE YANG,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FRANCESCA'S COLLECTIONS, INC., a Corporation; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | CASE NO. 4:17-CV-04950-HSG<br><br>**JOINT STIPULATION AND ORDER EXTENDING DEFENDANT'S DEADLINE TO RESPOND TO THE AMENDED COMPLAINT FOR DAMAGES** |

WHEREAS Plaintiff Mie Yang filed an Amended Complaint for Damages without leave on November 2, 2017 (Dkt. 20);

WHERAS, Defendant Francesca's Collections, Inc. filed a Motion to Strike the Amended Complaint on November 6, 2017 (Dkt. 24);

WHEARAS, the parties have conferred on a deadline to answer or otherwise respond to the Amended Complaint, including by filing Rule 12 motions;

IT IS HEREBY STIPULATED AND AGREED by the undersigned parties that:

1. Counsel for Defendant agrees to withdraw the previously filed Motion to Strike.
2. Defendant's deadline to answer or otherwise respond to the Amended Complaint is extended to November 30, 2017.
3. This deadline extension is without waiver of the rights of any party, except as expressly provided in this stipulation.

Dated: November 20, 2017

Respectfully submitted,

AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING P.C.

*/s/ Foster C. Johnson*
Foster C. Johnson
State Bar No. 289055
1221 McKinney Street, Suite 2500
Houston, Texas 77010
Tel: 713.655.1101
Fax: 713.655.0062
fjohnson@azalaw.com

**ATTORNEY FOR DEFENDANT FRANCESCA'S COLLECTIONS, INC.**

**Agreed to By:**

*/s/ Erin. M. Scharg* (*by permission*)
Erin M. Scharg
State Bar No. 285311
Eason & Tambornini, ALC
1234 H Street, Ste. 200
Sacramento, CA 95814
Tel: 916.438.1819
Fax: 916.438.1820
erin@capcitylaw.com

**ATTORNEY FOR PLAINTIFF**

IT IS SO ORDERED.

SIGNED at Oakland, California on this 21st day of November, 2017.

BY: _____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE