1  Matthew R. Eason (SBN 160148)
   Kyle K. Tambornini (SBN 160538)
2  **EASON & TAMBORNINI, ALC**
   1234 H Street, Suite 200
3  Sacramento, CA 95814
   Telephone:  (916) 438-1819
4  Facsimile:   (916) 438-1820

5  Attorneys for Plaintiff
   Mie Yang
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  MIE YANG,                                          Case No. 4:17-cv-04950

12                         Plaintiff;                  **ORDER ON REQUEST FOR TELEPHONIC
                                                       APPEARANCE**
13  v.

14  FRANCESSCA'S COLLECTIONS, INC., A Texas            Date:        November 16, 2017
    Corporation and DOES 1-100, inclusive,            Time:        2:00 p.m.
15                                                     Ctrm.:       2
                           Defendants.
16

17

18        IT IS HEREBY ORDERED THAT the request to appear telephonically for the Case Management

19  Conference set for December 5, 2017 at 2:00 p.m. is hereby granted.  Counsel shall contact CourtCall at

20  (866) 582-6878 to make arrangements for the telephonic appearance.

21  Dated:  December 1, 2017

22                                           By: _Haywood S. Gill Jr._
                                                 JUDGE OF THE COURT
23

24

25

26

27

28

    Case No. 4:17-cv-04950
    ─────────────────────────────────────────────
    ORDER ON REQUEST FOR TELEPHONIC APPEARANCE