Foster C. Johnson (SBN 289055)
fjohson@azalaw.com
AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI &
MENSING P.C.
1221 McKinney, Suite 2500
Houston, Texas 77010
Telephone: 713.600.4915
Fax: 713.655.0062
fjohnson@azalaw.com

Attorney for Defendant
Francesca's Collections, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIE YANG,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FRANCESCA'S COLLECTIONS, INC., a Corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | CASE NO. 4:17-CV-04950-HSG<br><br>**ORDER ON REQUEST FOR TELEPHONIC APPEARANCE**<br><br>Date: December 5, 2017<br>Time: 2:00 p.m.<br>Dept: Courtroom 2, 4th Floor<br>Judge: Honorable Haywood S. Gilliam, Jr. |

IT IS HEREBY ORDERED THAT the request to appear telephonically for the Case Management Conference set for December 5, 2017 at 2:00 p.m. is hereby granted. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic conference.

Dated: ___December 4___, 2017.

By ___/s/ Haywood S. Gilliam, Jr.___
THE HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE