Matthew R. Eason (SBN 160148)
Kyle K. Tambornini (SBN 160538)
**EASON & TAMBORNINI, ALC**
1234 H Street, Suite 200
Sacramento, CA 95814
Telephone: (916) 438-1819
Facsimile: (916) 438-1820

Attorneys for Plaintiff
Mie Yang

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIE YANG,<br><br>                Plaintiff;<br><br>v.<br><br>FRANCESCA'S COLLECTIONS, INC., A Texas Corporation and DOES 1-100, inclusive,<br><br>                Defendants. | Case No. 4:17-cv-04950-HSG<br><br>**ORDER ON EX PARTE APPLICATION TO EXTEND TIME FOR FILING AMENDED COMPLAINT**<br><br>Complaint filed: August 2, 2017<br><br>Dept.: Courtroom 2<br>Judge: Honorable Haywood S. Gilliam, Jr. |

IT IS SO ORDERED that:

Plaintiff Mie Yang shall file her amended complaint on or before May 3, 2018.

Dated: 3/13/2018

*[signature]*
Haywood S. Gilliam, Jr.
United States District Judge

Case No. 4:17-cv-04950-HSG