1. Foster C. Johnson (SBN 289055)
   fjohnson@azalaw.com
2. AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI &
   MENSING P.C.
3. 1221 McKinney, Suite 2500
   Houston, Texas 77010
4. Telephone: 713.600.4915
   Fax: 713.655.0062
5. fjohnson@azalaw.com

Attorney for Defendant
Francesca's Collections, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIE YANG, | CASE NO. 4:17-CV-04950-HSG |
| Plaintiff, | **ORDER ON REQUEST FOR TELEPHONIC APPEARANCE** |
| vs. | |
| FRANCESCA'S COLLECTIONS, INC., a Corporation; and DOES 1 through 100, inclusive, | Date: April 19, 2018<br>Time: 2:00 p.m.<br>Dept: Courtroom 2, 4th Floor<br>Judge: Honorable Haywood S. Gilliam, Jr. |
| Defendants. | |

IT IS HEREBY ORDERED THAT the request to appear telephonically for Plaintiff's Motion to be Relieved as Counsel set for April 19, 2018 at 2:00 p.m. is hereby granted. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic conference.

Dated: April 4, 2018

By _____
THE HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE